IN THE MATTER OF THE DECISION OF THE ADVISORY
COMMITTEE ON PROFESSIONAL ETHICS ACPE
NUMBER 14–87(A).

January 12, 1988.

Petition for review of a decision of the Advisory Committee on Professional Ethics ACPE Number 14–87(A), having been filed by Karcher, McDonnell, Rainone & Aftanski, Esquires, pursuant to *R.* 1:19–8, and the Court having considered the same,

It is hereupon ORDERED that the petition for review is denied.

STATE OF NEW JERSEY v. KOBRIN
SECURITIES, INC., ET AL.

January 12, 1988.

Leave to appeal granted.   (See 221 *N.J.Super.* 169)

MALVERN C. BURROUGHS AND JAMES R. POOLE v. VILLAGE
OF RIDGEWOOD AND THE BOARD OF ADJUSTMENT OF
THE VILLAGE OF RIDGEWOOD.

January 19, 1988.

Petition for certification denied.